**Pamela ALLEN, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7117.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2015.

Ames Myers Morton, Morton & Morton, PLLC, Knoxville, TN, argued for claimant-appellant.

Joseph Ashman, Commercial Litigation Branch Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Claudia Burke; Martie Adelman, Y. Ken Lee, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, MOORE and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**